UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

NICOLAS SANTIZO-HERNANDEZ,

      Defendant,

Case No.: 2:26-CR-00113-SPC-KRH

_____/

## **ORDER**

This case is set for sentencing on July 13, 2026, at 10:30 AM in Courtroom 6B. Interpreter Elais Alonzo will be providing interpreter services for this sentencing. The Court hereby **ORDERS** that Elais Alonzo may bring his Kindle Scribe, interpreter equipment, cellphone, and related chargers and accessories into the courthouse for use during the sentencing. The devices are subject to screening by the United States Marshals Service or its Court Security Officers. Mr. Alonzo is directed to present a copy of this Order when proceeding through the security checkpoint in the courthouse lobby.

DATED this 10th day of July, 2026.

BY THE COURT:

KYLE C. DUDEK
United States District Judge